

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0243-21

### EX PARTE ALLEN CHRISTOPHER LANCLOS, Appellant

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE NINTH COURT OF APPEALS
### HARDIN COUNTY

*Per Curiam.*

## O R D E R

Appellant has filed a petition for discretionary review in this case. Today, we grant

Appellant's petition and determine that this case shall proceed on an expedited briefing

schedule. The briefs of both parties shall be filed on or before June 14, 2021. No

extensions will be granted.

Delivered June 7, 2021
Do not publish